**Corrine BLAKELY, Petitioner,**

v.

**STATE of Florida, Respondent.**

**No. 4D13–200**

District Court of Appeal of Florida, Fourth District.

January 11, 2017

Corrine Blakely, Ocala, pro se.

No brief filed for respondent.

*ON REMAND FROM THE SUPREME COURT*

Per Curiam.

We grant the petition for writ of habeas corpus and remand for resentencing in light of *Noel v. State*, 191 So.3d 370 (Fla. 2016).

Gross, Damoorgian and Klingensmith, JJ., concur.